# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **METROPOLITAN LIFE** )<br>**INSURANCE COMPANY,** )<br> )<br>**Defendant Edmonds,** )   **Civil Case No. 2:16-cv-00853-RDP**<br> )<br>**v.** )<br> )<br>**KRISTIN M. THATCHER, et al.,** )<br> )<br> )<br>**Defendants.** ) | |

## JOINT REPORT ON SETTLEMENT PROPOSAL

As the Court requested in its Order, Doc. 104, Defendant Dana Edmonds and Defendants Kristen Thatcher and Nelson Thatcher ("the parties") hereby jointly file this Report on Settlement Proposal.

1. On December 22, 2017, the parties submitted a Joint Notice of Defendant Dana Edmonds and Defendants Kristin Thatcher and Request to Continue Stay. Doc. 103. In this notice and request, the parties informed the Court that they have agreed to propose a settlement of this interpleader action.  The parties requested a stay in order to seek the agreement of Catherine M. Holly to a proposed settlement and subsequently prepare and submit a settlement proposal for approval by the Court. The request for a stay was granted. Doc. 104.

2. On January 3, 2018, Counsel for Dana Edmonds sent a letter to Ms. Holly via certified mail. Exhibit A. The letter informed Ms. Holly that an agreement had been

1

reached between Dana Edmonds, Kristin Thatcher, and Nelson Thatcher regarding the life insurance benefits of her late son, Joseph Thatcher. The letter also detailed the terms of the agreement.  Counsel for Edmonds notified Ms. Holly that the parties would wait 35 days from the date of the letter (1/3/2018) before seeking the Court's approval of the agreement.

3. Accordingly, Edmonds and the Thatchers respectfully request that they be allowed 35 days from January 3, 2018 to submit a settlement proposal for Court approval.

4. Ms. Holly has received the letter detailing the settlement agreement as evidenced by the return receipt, Exhibit B, as well as communication between Counsel for the Thatchers and Ms. Holly's son who confirmed that she is aware of the proposed settlement.

Respectfully and jointly submitted by:

*/s/ Jeanie S. Sleadd*
Jeanie S. Sleadd ASB-8464-G04T
HENINGER GARRISON DAVIS, LLC
2224 – 1st Avenue North Birmingham, AL 35203
Tel:   205.326.3336
Fax:  205.326.3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for Defendant Dana M. Edmonds*

*/s/ Joseph E. "Tripp" Watson, III* (by permission)
Joseph E. "Tripp" Watson, III The Watson Firm
2829 2nd Avenue South, Suite 220
Birmingham, Alabama 35233
tripp@watson-firm.com

*Attorney for Defendants Kristin M. Thatcher*
*and Nelson K. Thatcher*

Certificate of Service

I certify that I caused a copy of the above and foregoing to be served on all counsel of record, via the Court's ECF filing system, this 19th day of January, 2018:

*/s/ Jeanie S. Sleadd*
Jeanie S. Sleadd